■ LISA O'DELL, Appellant, v HELEN ANGARANO, Respondent. [858 NYS2d 638]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered March 9, 2007 in a personal injury action. The order denied plaintiff's motion for summary judgment, granted defendant's cross motion for summary judgment and dismissed the amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Hurlbutt, J.P., Martoche, Lunn, Green and Gorski, JJ.